PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $147,140.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:21-MC-00130-TLN-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Juan Martin Del Toro, Juana Del Toro, and Sophia Del Toro ("claimants"), by and through their respective counsel, as follows:

1. On or about February 11, 2021, claimants filed claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $147,140.00 in U.S. Currency, (hereafter "defendant currency"), which was seized on or about November 17, 2020.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 12, 2021.

4. By Stipulation and Order filed May 11, 2021, the parties stipulated to extend to August 10, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed August 11, 2021, the parties stipulated to extend to October 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed October 8, 2021, the parties stipulated to extend to December 7, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed December 8, 2021, the parties stipulated to extend to February 4, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed February 3, 2022, the parties stipulated to extend to April 5, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed April 4, 2022, the parties stipulated to extend to June 3, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed June 2, 2022, the parties stipulated to extend to September

1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.   By Stipulation and Order filed August 31, 2022, the parties stipulated to extend to October 31, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.   By Stipulation and Order filed October 26, 2022, the parties stipulated to extend to January 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.   By Stipulation and Order filed January 27, 2023, the parties stipulated to extend to March 1, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.   By Stipulation and Order filed February 24, 2023, the parties stipulated to extend to May 1, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.   By Stipulation and Order filed April 27, 2023, the parties stipulated to extend to June 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16.   By Stipulation and Order filed June 21, 2023, the parties stipulated to extend to August 29, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17.   By Stipulation and Order filed August 25, 2023, the parties stipulated to extend to October

27, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 26, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 26, 2023.

Dated:  10/25/2023                                  PHILLIP A. TALBERT
                                                    United States Attorney

                                            By:     /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney


Dated:  10/23/2023                                  /s/ Candice Fields
                                                    CANDICE FIELDS
                                                    Attorney for potential claimants
                                                    Juan Martin Del Toro, Juana Del Toro, and
                                                    Sophia Del Toro

                                                    (Signature authorized by email)


**IT IS SO ORDERED**.

Dated: October 25, 2023

                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge

4

Stipulation and Order to Extend Time