1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:21-MC-00130-TLN-CKD

12                 Plaintiff,

13        v.                           STIPULATION AND ORDER EXTENDING TIME
                                       FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $147,140.00 IN       AND/OR TO OBTAIN AN INDICTMENT
    U.S. CURRENCY,                     ALLEGING FORFEITURE
15
                   Defendant.
16

17        It is hereby stipulated by and between the United States of America and potential claimants Juan

18  Martin Del Toro, Juana Del Toro, and Sophia Del Toro ("claimants"), by and through their respective

19  counsel, as follows:

20        1.      On or about February 11, 2021, claimants filed claims in the administrative forfeiture

21  proceeding with the Federal Bureau of Investigation with respect to the Approximately $147,140.00 in

22  U.S. Currency, (hereafter "defendant currency"), which was seized on or about November 17, 2020.

23        2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required

24  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

25  claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants

26  has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

27        3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                              1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 12, 2021.

4. By Stipulation and Order filed May 11, 2021, the parties stipulated to extend to August 10, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed August 11, 2021, the parties stipulated to extend to October 8, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed October 8, 2021, the parties stipulated to extend to December 7, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed December 8, 2021, the parties stipulated to extend to February 4, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed February 3, 2022, the parties stipulated to extend to April 5, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed April 4, 2022, the parties stipulated to extend to June 3, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed June 2, 2022, the parties stipulated to extend to September

Stipulation and Order to Extend Time

1, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed August 31, 2022, the parties stipulated to extend to October 31, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed October 26, 2022, the parties stipulated to extend to January 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     By Stipulation and Order filed January 27, 2023, the parties stipulated to extend to March 1, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14.     By Stipulation and Order filed February 24, 2023, the parties stipulated to extend to May 1, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15.     By Stipulation and Order filed April 27, 2023, the parties stipulated to extend to June 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16.     By Stipulation and Order filed June 21, 2023, the parties stipulated to extend to August 29, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17.     By Stipulation and Order filed August 25, 2023, the parties stipulated to extend to October

Stipulation and Order to Extend Time

27, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18.     By Stipulation and Order filed October 25, 2023, the parties stipulated to extend to December 26, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19.     By Stipulation and Order filed December 15, 2023, the parties stipulated to extend to February 26, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 26, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

4

21.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 26, 2024.

Dated: 2/20/2024          PHILLIP A. TALBERT
                          United States Attorney

                          By:    /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

Dated: 2/20/2024                 /s/ Candice Fields
                                 CANDICE FIELDS
                                 Attorney for potential claimants
                                 Juan Martin Del Toro, Juana Del Toro, and
                                 Sophia Del Toro

                                 (Signature authorized by email)


         **IT IS SO ORDERED**.

Dated: February 21, 2024

                                 _____
                                 Troy L. Nunley
                                 United States District Judge